**Rod Danielson**
**Chapter 13 Trustee**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:         Clerk, U.S. Bankruptcy Court

Re:         UNDISTRIBUTED FUNDS

Case No.:   6:16-bk-17769-MH

Debtor(s):  EFREN DIAZ ESTRADA
            2056 S. LEMON AVE
            ONTARIO, CA 91761

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| ENHANCED RECOVERY CORP | $349.00 |
| 8014 BAYBERRY RD | |
| JACKSONVILLE, FL 32256 | |

Dated: 6/10/20

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

EFREN DIAZ ESTRADA
CASE: 6:16-bk-17769-MH
BALANCE: 0.00    [0.00  Claim:00006]
ACCT: 0343
PRINCIPAL: 349.00
INTEREST: 0.00

20-2280
1220

AMERICAN BUSINESS BANK
400 S. Hope St., Suite 300
Los Angeles, CA 90071
(213) 430-4000

| CHECK NUMBER |
|---|
| 0673201 |

| CHECK DATE | AMOUNT |
|---|---|
| Jun 09, 2020 | ********349.00** |

VOID 45 DAYS FROM DATE

$$$349.00$$

PAY  Three Hundred Forty Nine And 00 / 100 Dollars

TO THE
ORDER OF

US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

0673201

Rod Danielson

⑈0673201⑈ ⑆122042807⑆ 05198500⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0673201**
Date: Jun 09, 2020

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1617769 | EFREN DIAZ ESTRADA | 0343 | 00006 | 349.00 | 0.00 | 349.00 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    349.00    0.00    349.00